UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID ALLEN THOMPSON,<br><br>  Petitioner,<br><br> v.<br><br>DAVID BAUGHMAN, Warden,<br><br>  Respondent. | No. 2:17-cv-0996 KJM AC P<br><br><br><br>ORDER |

Petitioner, a state prisoner proceeding pro se and in forma pauperis, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On October 11, 2018, petitioner filed a request for a sixty-day extension of time to file an amended petition. ECF No. 24. In support of this request, petitioner asserts that his current housing situation allows him only limited access to the law library. See id.

Good cause appearing, IT IS HEREBY ORDERED that:

1. Petitioner's request for a sixty-day extension of time (ECF No. 24) is GRANTED; and

2. Petitioner shall file an amended petition within sixty days from the date of this order.

DATED: October 17, 2018

_/s/ Allison Claire_
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE